IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| THOMAS NEWSOME, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 3:21-cv-00041 |
| | ) |
| WILLIAM LEE, Governor of the State of Tennessee in his official capacity; and DAVID B. RAUSCH, Director of the Tennessee Bureau of Investigation in his official capacity, | )    District Judge Richardson |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION TO ADMINISTRATIVELY STAY CASE PENDING RULING IN SIXTH CIRCUIT APPEAL

Defendants respectfully move the Court to suspend all remaining deadlines and hearings, and administratively stay this case, until after the Sixth Circuit rules on the merits of a pending appeal that will directly impact this litigation. Judicial economy will be best served by staying this case while the Sixth Circuit resolves an appeal involving the same defendants and similar issues that will control the legal issues in this case. In support of this motion, Defendants have contemporaneously filed a Memorandum of Law.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

s/ *Liz Evan*
LIZ EVAN (#037770)
Assistant Attorney General
DONNA L. GREEN (#019513)
Assistant Attorney General
Law Enforcement and Special
Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-1600
liz.evan@ag.tn.gov
donna.green@ag.tn.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was served via certified mail on this the 19th day of April 2023, upon:

Thomas Newsome
3294 Hinkle Dr.
Nashville, TN 37218

s/ *Liz Evan*
LIZ EVAN